IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDREW TOLIVER, ID # 891053,    ) | |
|     Petitioner,    ) | |
| vs.    ) | No. 3:03-CV-1402-D |
|     ) | |
| DOUGLAS DRETKE, Director,    ) | |
| Texas Department of Criminal    ) | |
| Justice, Correctional Institutions Division,    ) | |
|     Respondent.    ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED April 18, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE